**John William MUNSON, Plaintiff–Appellant,**

v.

**Janet RENO; Stephen Dewalt, Defendants–Appellees.**

**No. 00–7311.**

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 18, 2001.

Decided Jan. 25, 2001.

**348**

John William Munson, pro se.

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

John William Munson appeals the district court's order dismissing as frivolous his action pursuant to *Bivens v. Six Named Unknown Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Munson v. Reno,* No. CA–00–550–5–BO (E.D.N.C. Aug. 10, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*